IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-20784
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

OSVALDO BIOJOS-DE LA CRUZ, also
known as Orlando Santiago Gonzalez,

Defendant-Appellant.

- - - - - - - - - -
Appeals from the United States District Court
for the Southern District of Texas
USDC No. H-97-CR-66-1
- - - - - - - - - -
July 27, 1998
Before JOLLY, SMITH, and WIENER, Circuit Judges.

PER CURIAM:[*]

Court-appointed counsel for Osvaldo Biojos-De La Cruz has

filed a motion to withdraw and a brief as required by Anders v.

California, 386 U.S. 738 (1967). Biojos-De La Cruz has not filed

a response. Our independent review of the brief and record

discloses no nonfrivolous issue. Accordingly, counsel is excused

from further responsibilities herein, and the APPEAL IS

DISMISSED. See 5TH CIR. R. 42.2.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.